DISMISS; Opinion issued January 16, 2013.



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-13-00005-CV

---

## JUSTIN H. STUART, Appellant
V.
## JAMES KONTARATOS, D.C., ET AL, Appellees

---

On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-03779-2012

---

## OPINION

Before Chief Justice Wright, Justice Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellant's January 9, 2013 unopposed motion to dismiss the appeal.

In the motion, appellant states the parties have settled this case and appellant no longer wishes to

prosecute this appeal. We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P.

42.1(a)(1).

CAROLYN WRIGHT
CHIEF JUSTICE

130005F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

Justin H. Stuart, Appellant

No. 05-13-00005-CV    V.

James Kontaratos, D.C., et al, Appellees

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-03779-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellees James Kontaratos, D.C., individually and doing business as Advanced Chiropractic North and Advanced Comprehensive Medical Center, P.A. recover their costs of this appeal from appellant Justin H. Stuart.

Judgment entered this 16th day of January, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE